IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MATTHEW MICHAEL KEATING**                                                    **PLAINTIFF**

       **v.**                    **Civil No. 08-5187**

**OFFICER FREEMAN, et al.**                                                    **DEFENDANTS**

### O R D E R

Now on this 10th day of September, 2010, comes on for consideration defendants' **Motion For Summary Judgment** (document #18), and the **Magistrate Judge's Report And Recommendation** (document #25). No objections have been made to the Report And Recommendation, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, defendants' **Motion For Summary Judgment** (document #18) is **granted,** and this matter is **dismissed with prejudice.**

**IT IS SO ORDERED.**

                                            /s/ Jimm Larry Hendren
                                          **JIMM LARRY HENDREN**
                                          **UNITED STATES DISTRICT JUDGE**